

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00111-CV

———————————————————

PNC INVESTMENT COMPANY, LLC, Appellant

V.

FIAMMA STATLER, LP, FIAMMA MANAGEMENT GROUP, LLC, AND FRANK
ZACCANELLI, JR., Appellees

---

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-294034-17

---

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Agreed Motion to Dismiss Appeal." We grant

the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  November 24, 2021